```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
```

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>BARBARA W. YANUCK,<br><br>                Defendant(s). | No.: CV 10-4146 DMG (SSx)<br><br>ORDER<br>[JS6] |

IT IS HEREBY ORDERED that Judgment be entered in favor of the United States of America against Defendant, for a total amount of $**7,000.00**.

IT IS SO ORDERED.

DATED: September 16, 2010

                                              Honorable Dolly M. Gee
                                              United States District Judge

CC:FISCAL